UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SOUTH LOUISIANA ETHANOL, L.L.C.

VERSUS

SOUTHERN SCRAP MATERIAL CO., ET AL

CIVIL ACTION

NO. 11-430-BAJ-DLD

## RULING

The Court has carefully considered the motions, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated September 26, 2011 (doc. 20), to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, plaintiff's motion to remand, alternatively, motion to stay (doc. 3) is denied. Defendants' motion to transfer venue (doc. 2) is granted, and this matter is hereby transferred to the United States District Court for the Eastern District of Louisiana.

Baton Rouge, Louisiana, October 31, 2011.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA